**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7360**

_____

MALCOLM MUHAMMAD,

       Plaintiff - Appellant,

   v.

WILLIAM E. JACKSON, Chaplain; JONES, Chaplain, Chaplain at SISP,

       Defendants - Appellees,

   and

WILLIAM JARRETT, Assistant Warden; GREGORY L. HOLLOWAY, Eastern Regional Administrator; R. WOODSON, Regional Ombudsmen; QUEEN GOODWYN, Food Service Manager; S. TURNER, Food Service Manager; E. WITT, Grievance Coordinator; TESEA HARVEY, Statewide Ombudsmen Manager,

       Defendants.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:19-cv-00746-LO-JFA)

_____

Submitted:  May 30, 2023                       Decided:  June 8, 2023

_____

Before AGEE, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Malcolm Muhammad, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's order granting summary judgment to Appellees and dismissing Muhammad's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Muhammad v. Jackson*, No. 1:19-cv-00746-LO-JFA (E.D. Va. Aug. 24, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*